# Court of Appeals
# of the State of Georgia

ATLANTA, February 25, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1208. PHILIP SEABRIAN v. NICK DAVIS.**

After the magistrate court dismissed Philip Seabrian's civil action against Nick Davis arising from Seabrian's December 2020 arrest, Seabrian filed a petition for review in the superior court. The superior court dismissed the petition, and Seabrian then filed this direct appeal. We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a)(1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Because this case involves a petition for superior court review of a magistrate court decision, Seabrian was required to file an application for discretionary appeal. See *Bullock*, 260 Ga. App. at 875. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Seabrian's failure to comply with the requisite appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/25/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*